UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ASTOR & BLACK CUSTOM, LLC,

    **Plaintiff,**

v.

Case No. 2:12-CV-00870
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

MOLLY SCHOEN,

    **Defendant.**

## ORDER

This matter came before the Court for a telephone status conference, pursuant to S.D. Ohio Civ. R. 65.1, on November 27, 2012. As detailed during the status conference, subject to the Court's decisions on the pending Motion to Remand and Motion to Transfer, the Court will hold a Preliminary Injunction Hearing on **TUESDAY FEBRUARY 19, 2013** at 10:00 a.m.

At the conference, the parties expressed an interest in engaging in settlement discussions. Accordingly, Magistrate Judge Abel will hold a telephone mediation conference. The parties are **DIRECTED** to contact Judge Abel's chambers to schedule this conference. The parties are further **DIRECTED** to submit a confidential assessment via email to Judge Abel's chambers prior to the conference. The confidential assessment should provide a brief case summary and the party's current settlement position and is not to exceed two pages.

    **IT IS SO ORDERED.**

11-27-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE