IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Astor & Black Custom, LLC,           :

        Plaintiff           :           Civil Action 2:12-cv-00870

v.           :           Judge Sargus

Molly Schoen,           :           Magistrate Judge Abel

        Defendant           :

## ORDER

This matter is set for a mediation before the Magistrate Judge on Friday, December 7, 2012 at 2:00 p.m. My strong preference is that plaintiff's counsel and defendant's local counsel attend the mediation in person. If counsel object to attending in person, they are directed to call my office prior to December 7th to discuss whether it is appropriate for them to participate by telephone. Mr. McCarley may participate in the mediation via telephone and should call my office (614.719.3370) on December 7, 2012 at 2:00 p.m.

                                                     s/Mark R. Abel
                                                     United States Magistrate Judge