IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Astor & Black Custom, LLC, | : | |
| Plaintiff | : | Civil Action 2:12-cv-0870 |
| v. | : | Judge Sargus |
| Molly Schoen, | : | Magistrate Judge Abel |
| Defendant | : | |

# Order

The parties participated in a mediation with the Magistrate Judge on December 8 with a followup telephone conference on December 13. Aster & Black and Molly Schoen exchanged settlement positions. They have exhausted their settlement discussions for now. I continue to believe that there should be a resolution of the dispute that both sides could accept. An exchange of discovery may yield sufficient information for the parties to make a more informed judgment of the likely outcomes if the case is litigated to a conclusion. If either party, after conducting some discovery, believes that it would be productive to again exchange settlement positions, they should contact me at (614) 719-3370 to schedule another mediation.

s/Mark R. Abel
United States Magistrate Judge